Commonwealth ex rel. Sussel *v.* Sussel, Appellant.

Before VOGEL, J.

Argued March 17, 1969. *Morris Passon*, for appellant; *Edward Fackenthal*, with him *G. Brockwel Heylin*, and *Henderson, Wetherill & O'Hey*, for appellee.

Order affirmed.